THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Richard Simmons, Appellant.
 
 
 

Appeal From Beaufort County
Roger M. Young, Circuit Court Judge

Unpublished Opinion No. 2011-UP-279
Submitted May 1, 2011  Filed June 8, 2011   

APPEAL DISMISSED

 
 
 
 Senior Appellate Defender Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Donald J. Zelenka, all of
 Columbia; and Solicitor Issac McDuffie Stone, III, of Beaufort, for Respondent.
 
 
 

PER CURIAM:  Richard Simmons appeals his convictions for murder and first-degree burglary, arguing the trial court erred by failing to instruct
the jury on the law of alibi.  After a thorough review of the record and counsel's brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED. 
FEW, C.J., HUFF and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.